IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHERIE PHILLIPS and STOIC CHURCH OF PHILOSOPHY, <br><br>   Plaintiffs, <br><br> vs. <br><br> SANDERSON BECK and WORLD PEACE COMMUNICATIONS, <br><br>   Defendants. <br> _____ | ) CIVIL NO. 06-00628 SOM-KSC <br> ) <br> ) FINDINGS AND <br> ) RECOMMENDATION TO DENY <br> ) MOTION FOR DEFAULT <br> ) JUDGMENT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

FINDINGS AND RECOMMENDATION TO DENY MOTION FOR
<u>DEFAULT JUDGMENT</u>

On May 27, 2007, Plaintiffs Cherie Phillips and Stoic Church of Philosophy ("Plaintiffs") filed a Motion for Default Judgment Against Defendant World Peace Communications.  Pursuant to Local Rule 7.2(d) of the Local Rules of the United States District Court for the District of Hawaii, the Court finds this Motion suitable for disposition without a hearing.

The Court finds that Plaintiffs' Motion is premature because the Clerk has not entered default in

this case pursuant to Federal Rule of Civil Procedure 55(a).  Accordingly, the Court FINDS and RECOMMENDS that Plaintiffs' Motion be DENIED without prejudice.

    IT IS SO FOUND AND RECOMMENDED.

    Dated:  Honolulu, Hawaii, May 31, 2007.



    _____
    Kevin S.C. Chang
    United States Magistrate Judge

CIVIL 06-00628 SOM-KSC.  <u>CHERIE PHILLIPS and STOIC CHURCH OF PHILOSOPHY v. SANDERSON BECK and WORLD PEACE COMMUNICATIONS</u>; FINDINGS AND RECOMMENDATION TO DENY MOTION FOR DEFAULT JUDGMENT