IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHERIE PHILLIPS and STOIC CHURCH OF PHILOSOPHY,<br><br>      Plaintiffs,<br><br>   vs.<br><br>SANDERSON BECK and WORLD PEACE COMMUNICATIONS,<br><br>      Defendants. | ) CIVIL NO. 06-00628 SOM-KSC<br>)<br>) FINDINGS AND<br>) RECOMMENDATION TO DENY<br>) PLAINTIFF'S MOTION FOR<br>) DEFAULT JUDGMENT WITHOUT<br>) PREJUDICE<br>)<br>)<br>)<br>)<br>)<br>) |

FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE

Before the Court is pro se Plaintiff Cherie Phillips' ("Plaintiff") Motion for Default Judgment ("Motion"), filed September 28, 2007.  Pursuant to Local Rule 7.2(d) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the Court finds this Motion suitable for disposition without a hearing.

Plaintiff previously filed a motion for default judgment on May 24, 2007. This Court issued a Findings and Recommendation to Deny Motion for Default Judgment ("Findings and Recommendation"), which the district court adopted. The Court denied the motion as premature, based on the fact that the Clerk had not entered default pursuant to Federal Rule of Civil Procedure 55(a).

On the same day she filed this Motion, Plaintiff filed a motion for clarification on default judgment, seeking the Court's guidance on the procedures for obtaining default judgment. The Court denied the motion for clarification and instructed that "a motion for default judgment should be filed only after entry of default and requires proof of the amount of damages suffered and/or of entitlement to other relief." Order Denying Motion for Clarification on Default Judgment ("Clarification Order") at 1.

Plaintiff now moves for default judgment against Defendants Sanderson Beck and World Peace Communications. However, the Clerk has yet to enter

default.  As discussed in this Court's Findings and Recommendation, and in the district court's Clarification Order, an entry of default must precede a motion for default judgment.  Insofar as Plaintiff has failed to comply with the applicable rules for obtaining default judgment, her Motion is still premature.  Accordingly, the Court FINDS and RECOMMENDS that Plaintiff's Motion be DENIED without prejudice.  The Court further RECOMMENDS that the district court instruct Plaintiff to refrain from filing additional motions for default judgment until she complies with the applicable rules.

       IT IS SO FOUND AND RECOMMENDED.

       Dated:  Honolulu, Hawaii, October 23, 2007.



_____
Kevin S.C. Chang
United States Magistrate Judge

CIVIL 06-00628 SOM-KSC; <u>PHILLIPS, ET AL. v. BECK, ET AL.</u>; FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE