IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CHERIE PHILLIPS AND STOIC CHURCH OF PHILOSOPHY, | ) ) ) | CV 06-00628 SOM-KSC |
| Plaintiffs, | ) | |
| vs. | ) ) | |
| SANDERSON BECK AND WORLD PEACE COMMUNICATIONS, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 23, 2007 , and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.  As

recommended by the Magistrate Judge, Plaintiff is directed not to seek default judgment absent compliance with applicable rules.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, November 28, 2007.



        /s/ Susan Oki Mollway
        Susan Oki Mollway
        United States District Judge

cc:all parties of record